UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

- against -

NICHOLAS ALVAREZ,

       Defendant

------------------------------------------------------x

11 CR 169-01 (VB)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-18-13

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth J. Lau, LCSW-R, in the amount of $2,500, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: New York, New York
      September 18, 2013

_____
Honorable Vincent L. Briccetti
U.S. District Judge

## KENNETH J. LAU, LCSW-R P.C.
Fortune Building
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

# INVOICE

**Date Submitted:** August 5, 2013

**Re:** Nicholas Alvarez  **D.O.B.** 1/30/1976

**Dates Seen:** May 31, 2013

**Location:** Metropolitan Correctional Center, 150 Park Row, New York, NY

**Type of Assessment/Evaluation:**

    ADULT PSYCHOSEXUAL SEXUAL RECIDIVISM RISK EVALUATION

**Completed By:** Christy Olezeski, Ph.D.

**Payment Information:**

    Total Cost of Assessment/Evaluation   **$ 2,500.00**

Please make check **payable** to: **Kenneth J. Lau, LCSW**
Please send check to: **280 North Central Ave. Suite 40**
                      **Hartsdale, New York 10530**

*Kenneth J. Lau, LCSW*
EIN #: 30-0692822
NPI Number: 1245388511