

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 19, 2013

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

**APPLICATION GRANTED**
**SO ORDERED:**

*[signature]*

Vincent L. Briccetti, U.S.D.J.
Dated: 9/19/13
White Plains, NY

Gov'ts submission due 9/25/13. Reply due 10/2/13

Re:   ***United States v. Nicholas Alvarez***
      S3 11 Cr. 169 (VB)

Dear Judge Briccetti:

  The Government writes to request a brief adjournment of the date by which it must file its sentencing submission. Under the current schedule, the Government's submission is due Monday, September 23. The parties just received a copy of the final Presentence Report this afternoon. The Government requests an additional two days so that we may review the PSR and incorporate its findings into our sentencing submission. Defense counsel has no objection to this request, but likewise asks that they have an additional two days (until October 2, 2013) to file their reply.

           Respectfully submitted,

           PREET BHARARA
           United States Attorney

      By: *[signature]*

           Kathryn M. Martin
           Assistant United States Attorney
           Southern District of New York
           (914) 993-1963

cc: Edward O'Callaghan, Esq.